# United States Court of Appeals
## For the First Circuit

No. 08-2454

CAROL WOJCIECHOWICZ,
Individually and in Her Capacity as Executrix of the Estate of
Alexander Wojciechowicz and on behalf of the Conjugal Partnership
with Decedent Alexander Wojciechowicz; ET AL.,

Plaintiffs, Appellants,

v.

UNITED STATES,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on September 9, 2009, is amended as follows:

On page 16, line 18, a quotation mark (") should be inserted before the word "fault," creating the quoted phrase, "fault or negligence."

On page 15, footnote 9, line 2, the extra space before the word "cognizable" should be deleted.